District of Rhode Island
Property of U.S. District Court
JUN 02 2006
RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALBERT G. BRIEN and
H.S. REALTY CORPORATION

v. C.A. No.: 06-229 ML

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

**STIPULATION**

The undersigned stipulate as follows:

(1) Plaintiffs hereby withdraw their Motion for Issuance of Temporary Restraining Order Forbidding the Transfer of Assets dated May 17, 2006, filed in the above captioned matter, such withdrawal to be without prejudice.

(2) Defendant Raymond L. Bourque, individually and on behalf of H.S Realty Corporation, shall not, acting alone or in concert with any other person, transfer, alienate, encumber or mortgage the following properties owned by H.S. Realty Corporation:

> Real property situated on the southeasterly side of Mendon Road, in the City of Woonsocket, County of Providence, State of Rhode Island, described as Lots A and B on a site plan entitled "Division of Land Owned by Holley Springs Estates, Inc." in Land Evidence Records Property Book 1 8, Page 87and Land Evidence Records of Woonsocket, Rhode Island in Book 740, Page 235, as amended.
>
> A certain strip of land beginning on the easterly side of Mendon Road in the City of Woonsocket, continuing in a northeasterly direction to the land .now or formerly known as Iron Trap Rock Company, in the Town of Cumberland, County of Providence, State of Rhode Island, which was formerly contemplated as an abandoned railroad.

unless said Raymond L. Bourque shall have given notice in writing by his attorneys of his intention to do so to Plaintiffs' attorneys at least ten (10) business days prior to the date on which he intends to so do, in which event the Plaintiffs shall be entitled to renew or refile their Motion for Issuance of Temporary Restraining Order Forbidding the Transfer of Assets.

Enter: Mary M. Lisi USDJ 6/5/06

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

By Their Attorneys,

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Dated: June 2, 2006

ALBERT G. BRIEN and
H.S. REALTY CORPORATION

By Their Attorneys,

Lori Caron Silveira, Esq. #
Paul J. Moretti, Sr., Esq. #
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1232
(401) 456-1210
Dated: June 2, 2006