**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 07 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| **ALBERT G. BRIEN, and SURA REALTY CORP., Plaintiffs** | : | |
| **vs.** | : | C.A. No. : 06-228 ML |
| **RAYMOND L. BOURQUE, and SRW REALTY CORPORATION, Defendants** | : | |

**STIPULATION**

It is hereby agreed by the parties that Plaintiffs Albert Brien and SuRa Realty may have up to and including July 21, 2006, within which to furnish responses to interrogatories and requests for production submitted to them by Defendants' Raymond Bourque and SRW.

ALBERT G. BRIEN and SURA REALTY CORP.

By Their Attorneys,

Lori Caron Silveira (#3002)
Paul J. Moretti Sr. *Pro Hac* (LA Bar # 29634)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

Dated: July 5, 2006

RAYMOND L. BOURQUE and SRW REALTY CORPORATION

By Their Attorneys,

Richard W. MacAdams, #1681
Dennis R. Gannon #2280
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
401-454-8700
401-454-8755 (Fax)

Dated: July 5, 2006

Enter:
Mary M. Lisi USDJ 7/7/06

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;433090;1