UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALBERT G. BRIEN and
SURA REALTY CORP.

v. C.A. No.: 06-228 ML

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

**STIPULATION**

The time within which Defendants shall plead or otherwise respond to the Complaint is enlarged to and including August 21, 2006.

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

By Their Attorneys,

/S/ Dennis R. Gannon /
Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
456-1210 (Fax)

Dated: August 3, 2006

ALBERT G. BRIEN and
SURA REALTY CORP.

By Their Attorneys,

/S/ Paul J. Moretti, Sr. /
Lori Caron Silveira, Esq. #3002
Paul J. Moretti, Sr., Esq. #7433
pmoretti@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401)

Dated: August 3, 2006

Enter: Mary M. Lisi
USDJ 8/7/06