**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ALBERT G. BRIEN and**
**SURA REALTY CORP.**

**v.** **C.A. No.: 06-228 ML**

**RAYMOND L. BOURQUE and**
**SRW REALTY CORPORATION**

**STIPULATION**

The undersigned stipulate as follows:

(1) Plaintiff shall have until October 31, 2006 in which to respond to Defendants' First Set of Interrogatories and Defendants' First Request for Production.

RAYMOND L. BOURQUE and
SRW REALTY CORPORATION

By Their Attorneys,

/S/ Dennis R. Gannon /

Richard W. MacAdams, #1681
Dennis R. Gannon, #2280
dgannon@mandwlaw.com
MacAdams, Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)

Dated: September 8, 2006

ALBERT G. BRIEN and
SURA REALTY CORP.

By Their Attorneys,

/S/ Paul J. Moretti, Sr. /

Lori Caron Silveira, Esq. #3002
Paul J. Moretti, Sr., Esq. #7433
pmoretti@tllaw.com
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (Fax)

Dated: September 8, 2006