**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ALBERT G. BRIEN, and SURA REALTY CORP., Plaintiffs** | : |
| | : **C.A. No. : 06-228 ML** |
| **vs.** | : |
| **RAYMOND L. BOURQUE, and SRW REALTY CORPORATION, Defendants** | : |

**PLAINTIFFS' PRETRIAL CONFERENCE STATEMENT**

Pursuant to correspondence from the Court scheduling the above-referenced case for a pretrial conference on September 27, 2006, Plaintiffs Albert Brien and SuRa Realty Corp. ("SuRa") hereby submit this as their pretrial conference statement, summarizing the facts of this case and identifying the legal issues presented.

**FACTUAL SUMMARY**

This case is one of five similar cases involving disputes over ownership rights in corporations which hold ownership interests in real estate. This action was brought to declare the interests in SuRa Realty Corp., as there are three other matters filed by Defendant Bourque against Plaintiff Brien in which Defendant Bourque is disputing Mr. Brien's ownership interest in other entities formed for the purpose of purchasing and developing land based upon similar oral agreements between them. Furthermore, this matter also involves a settlement of a tax appeal on behalf of SuRa Realty Corp. by Defendant Bourque in which Defendant Bourque had dismissed an appeal of SuRa Realty to secure a favorable settlement for SRW Realty, a corporation in which Plaintiff Brien has no interest. In 1996, Plaintiff Brien negotiated the purchase of the SuRa property from Suburban Land Co. at a substantial discount. Plaintiff SuRa was formed for the purpose of purchasing and

selling specific lots of real estate located at Park Square in the City of Woonsocket as enumerated in the complaint. Plaintiff Brien engaged Defendant Bourque to invest in the venture. The agreement between Plaintiff Brien and Defendant Bourque was an oral agreement with regards to their ownership rights in SuRa, whereby in exchange for 50% of any profit realized from the sale of any of the SuRa properties, Defendant Bourque would provide the capital investment for the acquisition of the property and the costs associated with its development (for which he would be reimbursed upon winding up of the corporation) and Mr. Brien would perform any work necessary to develop and market the property for sale. Mr. Brien and Mr. Bourque had engaged in oral agreements regarding their ownership interests in corporations in other dealings between them. The value of this property has increased substantially over the years and is now worth approximately $1,250,000 (as will be proven by a current appraisal of the property).

In or about 1996, Mr. Brien believed the SuRa property had been improperly assessed property taxes and that SuRa had in fact overpaid property taxes based on the improper assessment. Mr. Brien agreed to file tax appeals on behalf of SuRa and in exchange Mr. Bourque agreed that Mr. Brien would receive 33% of any savings to SuRA that the tax appeals achieved. On February 12, 1997, the City of Woonsocket Tax Assessor granted SuRa Realty's tax appeal, agreed that SuRa had overpaid prior property taxes and reduced the assessment for future taxes. In December 2004, Defendant Bourque, as a representative of SuRa Realty and without the knowledge of Plaintiff Brien, agreed to dismiss the appeal of the SuRa Realty tax appeal in exchange for a favorable settlement in favor of SRW Realty, a company in which Mr. Brien has no interest. As part of the settlement award, SRW received a $100,000 credit for overpayment of past taxes as well as a reassessment for future property taxes. Mr. Brien was never compensated for 33% of the savings in property taxes

that were achieved through the appeals he initiated on behalf of SuRa.

Plaintiffs are not only agreeable to arbitration of all of the matters which are subject to these numerous litigations between the parties, but believe that matters could be resolved in a more efficient and cost effective manner to all of the parties through arbitration.

**LEGAL ISSUES**

1. A declaration of Plaintiff Brien's interest in SuRa Realty Corp. and his entitlement to any proceeds therefrom upon sale of the property owned by SuRa Realty Corp.

2. Whether Defendant Bourque breached his fiduciary duty to SuRa Realty, in self dealing, when he dismissed SuRa Realty's tax appeal in order to secure a favorable settlement to his company, a company in which Mr. Brien had no interest, SRW Realty.

3. Whether Defendant Bourque breached his fiduciary duty, in self dealing, to Mr. Brien as a co-owner of SuRa Realty, when he dismissed the tax appeal of SuRa Realty in favor of his company, a company in which Mr. Brien had no interest, SRW Realty.

4. Whether Defendant Bourque breached his contract with Mr. Brien by failing to pay him 33% of the savings SuRa Realty realized from the tax appeal.

5. Whether Plaintiff Brien is entitled to have his interests in SuRa Realty declared a constructive trust if it is found that Defendant Bourque breached his fiduciary duty.

ALBERT BRIEN AND SURA REALTY CORP.
By their attorneys,

/s/ Paul J. Moretti Sr.

Lori Caron Silveira (#3002)
Paul J. Moretti Sr. (#7433)
Tillinghast Licht LLP
10 Weybosset Street

Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September, 2006, I delivered a copy of the written statement to Defendants, cm-ecf, to the following:

Richard W. MacAdams, Esq. and
Dennis R. Gannon, Esq.
MacAdams & Wieck DeLuca & Gemma, Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
401-454-8755 (Fax)

/s/ Paul J. Moretti Sr.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;436597;1