UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT BRIEN, et al

CA 06-228ML

V.

RAYMOND BOURQUE, et al

ORDER

All counsel having agreed to refer the above entitled action to ADR, it is hereby ordered that **William Poore** is appointed as neutral and a mediation shall be held in January, 2007 and a report shall be filed within (2) weeks from the date of that mediation.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Court Judge
September 29, 2006

Entered as an Order of this Court on ~~September~~ October 2, 2006.

Barbara Barletta
Deputy Clerk